UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

JUL 2 5 2016

FILED __MR__ RECEIVED _____

CASE NO. 14-35912-EPK
CHAPTER 11

HYMAN B. HOROWITZ,

Debtor.

_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

*The Amended Plan filed by Hyman B. Horowitz on May 23, 2016 shall be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

*This ballot is for creditor (**insert name**)* _____Jonathan Cohen_____ *for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ General Secured | | $ |
| ☑ General Unsecured | 3 | $ 91,089.04 |
| ☐ Priority | | $ |
| ☐ Equity Security Holder | | $ |

The undersigned [Check One Box]    ☑ Accepts        ☐ Rejects

the amended plan for reorganization of the above-named debtor.

Signed: _____

Print Name: ___Jonathan Cohen___

Address: ___75 BrambleBrook Rd___

___Ardsley, NY 10502___

Phone: ___914-674-8260___

Date: ___7/16/16___

## ★★★FILE THIS BALLOT ON OR BEFORE 07/27/16★★★

with:    Clerk of Bankruptcy Court

1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s). 561-368-2200**

LF-33  (rev.  12/01/09)